## Sarah Levitan, Appellee, v. Chicago & Western Indiana Railroad Company, Appellant.

### Gen. No. 21,899.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed February 9, 1917.

### Statement of the Case.

Action by Sarah Levitan, plaintiff, against Chicago & Western Indiana Railroad Company and Chicago City Railway Company, defendants, to recover damages for personal injuries.  Case was consolidated for hearing with the case of *Levitan v. Chicago City Ry. Co., ante,* p. 441.

WORTH E. CAYLOR, for appellant.

EDWARD J. GREEN and A. H. RANES, for appellee; HARRY F. BREWER, of counsel.

MR. JUSTICE McGOORTY delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1803*—*when case reversed and remanded for new trial.* Where one of two consolidated cases is reversed and remanded for new trial, the same action must be taken regarding the other case.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.